UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-CR-80115-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAMES WILLIAM LATTA,

      Defendant.
_____/

## NOTICE OF EXTENDED SENTENCING HEARING

**COMES NOW** the Defendant, **JAMES LATTA**, by and through undersigned counsel and respectfully notifies this Court, pursuant to Local Rule 88.8 (b), that the scheduled sentencing hearing will exceed thirty (30) minutes and will require ~75-90 minutes and as grounds therefor would show as follows:

1. Sentencing in this case is presently scheduled for Tuesday, February 4, 2023 at 10:30 a.m. before this Honorable Court.

2. Undersigned counsel received the presentence investigation report (PSI) on January 8, 2025 and is in the process of reviewing same. Further, counsel will be meeting with the incarcerated Defendant on Tuesday, January 14, 2025, to review the PSI and note any objections and corrections to the report.

3. PSI objections are due to be filed by January 22, 2025 and at this stage, undersigned counsel anticipates that there will be PSI objections that most likely will not be resolved prior to the scheduled sentencing date.

4. Further, in addition to these contested PSI objections, the defense expects to call at least five to six character witnesses to testify at sentencing.

5. As such, with this expected testimony and defense and Government argument, it is anticipated that the sentencing will require ~seventy-five (75) to ninety (90) minutes, as opposed to the allotted thirty (30) minutes.

6. Undersigned counsel has discussed this with the prosecutor, Assistant United States Attorney Gregory Schiller, and Mr. Schiller estimated that the time required for the sentencing hearing will be ~60-90 minutes and further advised that he has no objection to a ~75-90 minute extended sentencing hearing.

**RESPECTFULLY SUBMITTED,**

**LAW OFFICE OF HOWARD SOHN**
Attorney for the Defendant**, LATTA**
1500 Gateway Blvd, Suite 220
Boynton Beach, Florida 33426
Telephone: (561) 214-2464
Crimdefender1@gmail.com

By: _s//Howard Sohn_____
   **HOWARD SOHN**
   **Florida Bar No. 282995**

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically via CM/ECF filing to: **GREGORY SCHILLER, AUSA**, **UNITED STATES ATTORNEY'S OFFICE**, 500 S. Australian Avenue, Suite 400, West Palm Beach, Florida 33401 and **SYRETA GOULD, UNITED STATES PROBATION OFFICE,** Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, 9th Floor South, Miami, Florida 33128 on this 13th day of January, 2025.

By: _s//Howard Sohn_____
    **HOWARD SOHN**