December 31, 2024


Judge Donald Middlebrooks

United States District Court

West Palm Beach, Florida


Your Honor,

　　　　My name is Jeremy Bell and I am writing on behalf of Jimmy Latta and family. I have known Jimmy and his wife, Lisa, since 2014 where Jimmy and I met attending classes at Texas A&M University – Commerce, now known as East Texas A&M. Jimmy was well liked and respected by everyone around him both in his personal and professional life. There have been countless times I have seen Jimmy stop what he was doing to go out of his way to help people in need. Many days leaving classes, there would be someone in the parking lot having car issues and Jimmy would be the first person to stop and help get them up and running or give them a jump even if that meant being a few minutes late to his next class or meeting. Jimmy was always one of the first people to help anyone around and give people the confidence or the encouragement to push forward and achieve things they didn't believe was possible for themselves. Even after we graduated college, Jimmy and his family have remained close with me and have helped me on many occasions. There have been several times he has helped me get to a doctor's appointment or assisted with various projects that were too large for me to handle myself. There has not been a single time I have ever contacted Jimmy about an issue that he was not been immediately willing to help no matter what was going on. Jimmy and Lisa have always been the true definition of family for everyone around them, myself included, regardless of being truly related or not. I say all of these things to shed some light on Jimmy's true character and to ask for any compassion the court might be able to give at this time in light of his current situation.


Sincerely,

Jeremy Bell

Honorable Judge Donald Middlebrooks
United States District Court
West Palm Beach Florida

Judge Middlebrooks,

My name is Travis Stockard and I have known Jimmy Latta for about 20 years.  I am currently an airline pilot for Fedex, and have been flying professionally since 2012. The last ten years have consisted of three different airlines where I have worked as a captain flying passengers and currently reside as a wide body First officer on an Airbus A300F.

I first met Jimmy when I was in eighth grade, and we tried out for our high school ice hockey team.  We both made it and, as he was a senior at the time, only got to play together for a year.  However, we continued to play  hockey and see each other regularly through the rowlett roller hockey league.   I was also fortunate enough to meet and get to know his grandparents,brother, and sister.

I lost touch with Jimmy for several years as I was going to college at Embry-Riddle Aeronautical University, as one does when they move to a new state.  However, his brother and I attended the same college and I was able to keep up with what Jimmy was doing.  When I would come home to visit I would occasionally see Jimmy and catch up.  I learned about him working multiple jobs in order to support his wife and kids, and eventually got to meet his family.

I have been around Jimmy consistently for several years now, and have seen him interact with his friends and family.  He constantly has other people's best interests on his mind and how he can help them achieve that.   We would cook out after hockey games, and a lot of us now bring our families to these events.  As a father myself, I have seen Jimmy raise his kids into the kind, caring, and polite individuals that they are, that very few parents can seem to accomplish these days.  His children, as well as Jimmy, would display patience and kindness with the younger kids and guests that would come to these events.

I am aware of the charges that have been brought against Jimmy Latta, and I ask that you take this letter into consideration as you decide what should be done.  No kid should grow up in a fatherless home, and I ask that you think about his family as well.

I want to thank you for taking the time and reading my letter about my friend Jimmy.

Travis Stockard

Honorable Judge Donald Middlebrooks

United States District Court

West Palm Beach Florida

Judge Middlebrooks,

My name is Robert Stockard, and I have been a friend of Jimmy Latta in some capacity for about 20 years now. I was an operations manager of UPS for 30 years, before I retired back in 2008.

I first met Jimmy and his brother Joey back in 2004, when they and my son Travis, were on their high school hockey team together. My wife Chris and I became friends with the boys and their parents as we would attend games and do fund raising events together.

Around this time, we switched churches to the Rockwall United Methodist Church from another Methodist Church in Rowlett. The switch was more to allow our son Travis to go to a church in his school district. To our surprise, there were kids in his Sunday School class at the new church that were on his hockey team, which was a big plus for us.

I was five years into running the Rowlett Hockey league, which was an outdoor in-line roller hockey league, that I helped start back in 1999. So, my son played in the youth Rowlett league as well as Jimmy, and then they both played ice together on the high school team. I knew some of the other players on the ice team, as they played in our roller league as well.

After graduation my son went off to college in Arizona to become a commercial pilot and Jimmy switched from our youth roller league to our adult roller league. Jimmy played with us in the adult league for a few years. Then, like a lot of kids becoming men, he went off to start his family.

During those high school years as we made the switch to the church in Rockwall, my wife and I ended up in the same Sunday School class as Jimmy's grandparents, Bill and Sandy Lingnell.

High School graduation would scatter the players in different directions and different career paths and we would lose touch with the players and the parents of the ice hockey team.

It was at a recent birthday party of Jimmy's grandmother Sandy, that I would reconnect with Jimmy.

Ever since my son played hockey back in our youth roller league that we started back in 1999, I have played adult hockey. I first started playing roller with most of the dads of the kids that played. I have played roller, then both roller and ice. When I played roller, it was in our adult league and Jimmy played in that adult league as well.

I have also for 20 years now been a captain/coordinator of an Ice team and through the years added players as some had left and moved on. It was at that birthday party where I invited Jimmy to come play on my ice team. My son plays on this ice team as well. So, for the two of them as well as a few others on this ice team it was like a reunion.

And I was in my late 60's, now 71, and I am the goalie for this ice team. So, I am essentially playing with men (they are "kids" to me) in their 20's and 30's and a few 40's. As a goalie and the most senior player on the team, it is a position I do not take lightly. I have been invited to their weddings, a couple of funerals and have the honor and privilege of being a mentor and father figure to these young men whom I have to come to know as friends. I have watched their kids grow up literally before my eyes.

To me they all have an extraordinary gift. They play hockey and play it well. But in the confines of the locker room, you learn a lot of what these young men are all about. Their jobs, their families, their kids. I surround myself with these talented young men to not only play great hockey, but they are players that I know are good guys. They wouldn't be on my team unless they were. The last thing you want is a guy who is a cancer in that locker room. You don't want the showboat or a goon. Those type of players create discord.

I know Jimmy's family, his wife Lisa, his son and daughter, and his grandparents Bill and Sandy. To me they are all the typical American family dynamic. That is why it came as a shock to hear what Jimmy has been accused of.

I have not told the other members of the team any aspect of the charges. Jimmy had taken himself off the team a couple of seasons ago due to a construction job he was on. So, from the team's perspective he is no different than other players who have left the team for whatever reason:  job, cash shortage, injury or any other reason. Once a player leaves the team, you lose touch unless they opt to return.  I will respect his family's privacy in regards to not telling the team.

However, from my perspective I am writing this letter in support of Jimmy the young kid who played hockey in high school. Who, like my son, grew into young men who found their way in the world by starting families, and raising kids. They were no different than the countless other kids who I watched grow up in our roller hockey league for the past 20 years.

Jimmy Latta, like my son and these other young men, has a gift, and they all know how to play a game that we all love, hockey. Jimmy Latta is to me a great teammate and more importantly a good friend.

I thank you for taking the time to read this letter.


Robert Stockard

UPS Retiree

Rowlett Hockey league co-founder

Captain/Goalie Sudsuckers ice hockey team

December 6, 2024

Judge Donald Middlebrooks

United States District Court

Palm Beach, Florida

Re: James Latta

Dear Honorable Judge Middlebrooks,

I am writing on behalf of James Latta who is the son of my long-time friend and  am asking the courts to show compassion for him and his situation.

I have known Jimmy since birth as his mother and I have been friends since early high school.  I have always known Jimmy to be courteous, kind and caring for all people. He is the oldest of two other siblings who look up to him for his compassionate and leadership traits. Jimmy's parents divorced while he was in grade school and he was always there for his mother whenever she would need a task completed or help with his siblings.

Jimmy moved with his mother and family to Texas in 1997 so the family could be closer to his grandparents.  Again, I have known his family for nearly  45 years, including the grandparents and I  can say they are all truly great people, they are all very close and help each other, guide each other and are wonderful people to know.  Jimmy and his family have always been involved in charities and community activities.  I have known them to spend their Christmas volunteering at the Dallas Children's Hospital, assisting at the Rainbow Program and delaying their own Easter celebrations to volunteer at various agencies to help others. Jimmy has been raised by people who help people and is always there for others in need.

As an adult, Jimmy has attended East Texas A & M College and earned his Bachelor degree in engineering. He was a site supervisor with a local construction company and supports his wife and two children, Tyler and Lily who depend on him for so much more than financial support. The absence of their father is very hard on Tyler and Lily and I know they miss him very much.  Jimmy is also very active in the community and participates in multiple sports leagues and is a good friend and role model to all of his friends and family.

I understand the charge of production and distribution of child pornography against Jimmy is very severe and knowing Jimmy all of the years I am still in disbelief that he would be involved in this.  This is not the young man that I have all known all these years and I feel strongly that he may have became involved in something that he may not have been able to get out of on his own.

For all these reasons am asking you and the courts to please look at the character of person and all the good he has provided in the past to others when deciding his fate and am asking to please be merciful for Jimmy, his family and all of the people in his life that depend upon him.

Thank you for your time.

Sincerely,

Cathleen A. Greer

631 Harrison Street

Magnolia, Ohio 44643

330-866-3996

December 13, 2024


The Honorable Judge Donald Middlebrooks

United States District Court

701 Clematis St. Rm. 257

West Palm Beach Florida 33401


Dear Judge Middlebrooks,

My name is Kathy Okuley and I am a social worker from Toledo, OH. I have worked with children and families in programs through the Mercy Health system for nearly 26 years. Prior to that I ran all of the children and family programs at a neighborhood center in Toledo. James Latta Jr is my nephew, and his dad is my brother. My passion has been the wellbeing, health and happiness of children and families my entire career. I have some knowledge as to the charges being brought against James (advertising and distribution of child pornography), but not all of the details. James (we call him Jimmy) is the oldest of James' Sr. children. My daughter and my sister's children all grew up with Jimmy and his siblings. Those were fun times and the cousins were very close. Our family celebrated holidays together and lots of family picnics and gatherings. Jimmy was always a good brother and watched out for his siblings. It is unfortunate, but Jimmy's parents broke up and he and his sister and brother were moved to his grandparent's home in Dallas. Although I saw him much less frequently, we still stayed in touch and had some wonderful family gatherings through the years. As he became an adult he became busy continuing his education and raising his children. I don't claim to know him VERY well at this point. I do, however, ask the court to do everything possible to seek justice and remain compassionate. I appreciate your attention to my plea.


Sincerely,

*Kathleen M. Okuley*

Kathleen Okuley, LSW

Sandra M. Lingnell
1270 Shores Court
Rockwall, Texas   75087
Tel  972 – 771- 1600
slingnell@gmail.com

January 2, 2025

The Honorable Donald Middlebrooks
United States District Court
West Palm Beach, Florida

Re: James Latta

Honorable Judge:

My name is Sandy Lingnell and I am James William Latta's Gram.  I am going to attempt give you an accurate description of the young man I have known and loved for 37 years, my grandson, Jimmy.

Jimmy was a sweet, mannerly, respectful child growing up.  Hs brother and best friend, Joey, came along 16 months later. I've never known two brothers that loved and respected each other more than these two.  I've not experienced a cross word exchanged between the two of them or with their sister.

Jimmy, Joey, and Lesley came to live with us and Jimmy's cousin Dannielle, when he was in the fifth grade at Nebbie Williams Elementary School for what was suppose to be about three months.  His mom, Lesa, was to graduate from Penta County Vocational School in Perrysburg, Ohio, in June of that year.  Due to a mistake in Lesa's records, she was short a credit and wouldn't graduate until December.  No problem as the kids were happy, thriving, making friends and fitting into their new life beautifully.  I cannot explain how the time element grew to be ten years, but fortunately for all of us it just did.  Lesa moved here Lesley's sophomore year and they became a family.  Joey was in college and Jimmy was working.

An elderly lady moved into our neighborhood a year or so after the kids and fell on hard times financially. Jimmy made friends with her and told her he would take care of her lawn and not to worry about that. She had a neighbor that was not very patient with those that did not keep up their lawns and she was worried because he had already called the city on her. When we found out what he did, we all chipped in to help him. That was our family. When he was in middle school, he had a favorite teacher that was aware of his family situation. At that time, he had taken an interest in wood working. At Christmas of his seventh or eighth grade year he told pops he wanted to make her something for Christmas. He and Pops settled on a simple but beautiful pattern for a candlestick. She was ecstatic with the present and followed his progress through high school and always told me how much she loved the candlestick every time she saw me. She retired several years ago and I thank God that she is not here to witness this part of Jim's life He also made a beautiful cabinet for Dannielle when she opened her beauty salon.

The four of them were always together until Joey left for college, Dannielle to Beauty School and Jim to work after a stint in Toledo to see his Dad. Lesa moved here and she and Lesley became a family.

Those years when people like us were saving for retirement, we were raising grandchildren and loving every minute of it. I might add, very proudly, that all four of those children are now college educated adults and then some. They were also raised in First United Methodist Church where they all made their conformations. We could not be prouder of these adult children. I haven't even touched on how instrumental Jimmy was to our neighbor, Harold Eavenson, in his being elected to Rockwall County Sheriff and maintained that position for 20 years until his retirement.

When the Minnesota North Stars came to Dallas and became the Dallas stars hockey was born in Texas. High School hockey leagues sprang up all over Texas. The first coach hired had a senior son who became team captain. The second year, Jimmy became captain of the Rockwall Hockey Team and the third year Joey became captain. Both boys have played since they were four years old and continue to play to this day.

There is so very much more I could write here about the incredible person Jimmy is. I have prayed for answers to the questions I have as to how this all could have gone so wrong for him and our family. What happened to cause this terrible life change? Did I cause it somehow? I have drilled Joey and Lesley asking them if I made a mistake bringing them to Texas to live. They swear it was the best thing that could have happened to them. Mom was alcoholic and Dad was into drugs. They convinced me that I did the right thing in moving them to Rockwall, Texas. They said they would not have had the opportunities in Toledo, Ohio they have had here. They have almost convinced me I did the right thing so why do I feel so terribly guilty? What am I missing? What should Bill and I have done differently?

-3-

Their Dad fought us every inch of the way on everything - athletics, braces, college – you name it.  As it has turned out, I told him if he did not change his ways, the kids would have little to no relationship with him, which is what has happened.  Their relationship with Mom is solid and loving.

In the beginning I was very against and upset with Jimmy's marriage.  I am happy to say that it is a good solid marriage.  Lisa loves him unconditionally.  They have a wonderful devoted son and a beautiful "loving her dad" daughter.

Again, more questions- how in God's name did this happen?  A great marriage, a promising future, a supportive and loving family- how and why???

I have tried to be open, honest, and objective here.  If there are any questions or anything I have not touched on let me know.  I do not want anything hidden or kept from you.

Please believe me when I say I will go to my grave not being able to understand what happened or how it happened.

I have always believed in second chances to those who are deserving.  Jimmy is a wonderful human being with a Godly heart.  He is extremely remorseful and wants the help he needs to be himself.  We support him in every way possible.  Please, if there is ever anyone who will make a second chance successful, it is Jimmy.  Please!

God's Servant,

*Sandy Lingnell*

Sandy Lingnell

**LINGNELL CONSULTING SERVICES**
**A. WILLIAM LINGNELL, P.E.**
**1270 Shores Court**
**Rockwall, Texas 75087**
**(972) 771-1600 Tel  *  (972) 771-0354 Fax**
lingnell@swbell.net
**January 2, 2025**

The Honorable Donald Middlebrooks
United States District Court
West Palm Beach, Florida

Re: *James William Latta*

Dear Judge Donald Middlebrooks:

I am A. William Lingnell (Bill). I am the grandfather of James William Latta (Jimmy). My daughter Lesa Maxine (Lingnell) Latta is Jimmy's mother. I have known Jimmy and his family since his birth in November of 1986. I am 82 years of age and a practicing engineer since my graduation from college in 1965. I am married to Jimmy's grandmother Sandra Maxine Lingnell for 60 years. I lived in Toledo, Ohio until 1984 (except for college at Ohio University 1960-1965) and since have resided in Rockwall, Texas.

We, Sandy and myself have been a part of Jimmy's life since his beginning. In his early life we visited Toledo two or more times a year during vacations to see his mom and dad along with his brother Joey and sister Lesley. We would have them visit us in Rockwall for two to three weeks during their summer vacations and do things that grandparents do with and for their grandchildren. Jimmy always enjoyed the visits and made many friends during neighborhood contacts and church activities.

Because of a marriage relationship between Jimmy's parents that became bitter and latter a divorce we and Jimmy's mother felt it best to bring the three children to Texas to live with us. Jimmy's mom stayed active in the relationship and lived with us for a period of time as well. Jimmy was 10 when he came to Texas. He attended Rockwall public schools for elementary, middle and high school. He was well behaved during his time with us, enjoyed sports, went to Sunday School, and was a big brother to Joey and Lesley along with his cousin Dannielle. He and his brother Joey played on the same baseball team. He had responsibilities and chores around the house, which he usually got done on time. During his time at Rockwall High School, he played on the varsity football team and the varsity hockey team. He was captain of the hockey team and was a leader on the team.

Jimmy has helped me recently to assist in projects around the house, such as repairing an iron fence that needed some of the members reinforced. He rewelded the steel members due to corrosion at some of the connections. He helped with placing the foundation for a flag pole that is in our front yard. He also assisted in fixing downspouts for our rain gutters as I

don't get up on ladders any more.  He is very good at fixing and making things work requiring the ability to use power tools and the like.

After his high school graduation and his marriage to his wife, Lisa, they now have two children Tyler 17 and Lily 12.  He has been very devoted to his family and participates in many activities with his wife and children.  Tyler is active in baseball and golf, while Lily is a cheerleader.

Jimmy continued his education while working and eventually obtained a degree in engineering and has worked for general contractors in the north Texas area as a construction supervisor for the past three years building apartment complexes.

He has been a good citizen in his community and supported the schools for his children.  I have seen him help others in need such as elder neighbors who required some help while he lived with us.  He has been a respectful person to those around him and always assisted in many family events during birthdays, holidays and anniversaries.

I realize the seriousness of the charges brought against Jimmy and am aware of the situation.  Your Honor I would ask the court to show compassion for Jimmy during this difficult time.  Thank you for your time and consideration.

Sincerely yours,

A. William Lingnell

From,
Mary McAdams
1515 Rio Grande,
Plano, Tx 75075

Date: 01/03 /2025

To,
The Honorable Judge Donald Middlebrooks
United States District Court
West Palm Beach
Florida

Dear Judge Donald Middlebrooks,

I am writing this letter concerning my son-in-law, James Latta. I have known and grown to love this man over the past 17 years. His love and caring for his family is immense. James makes a point of attending all events involving his children and family members. He encourage his children to seek their dreams and tries his best to provide the avenues for them to succeed in their quests.

James considerations for others is shown through his willingness to assist others when called upon. He showed this by coming to aide when my grandson's car broke down in the late evening and needed help in getting home. He stepped up with assistance when we were moving from one place to another and was involved in cleaning up his father-in-law's property when seriously needed. The most important is when the apartment next door caught fire, and he assured that he got his son and others out of harm's way. These are only a few of the items he assisted in when assistance was required.

I was surprised and overwhelmed when finding out about the charges he is facing. I would like to plead for leniency on this matter. He is a decent, courteous, and dependable person. I am confident he will learn from this experience and will not think of repeating it.

I hope and pray you will consider this character reference letter before passing on any verdict. James will diligently make amends and pursue assistance to become a productive member of society again.

Thank you.

Yours sincerely,
Mary McAdams

Lesa M. Latta

814 Center Street

Royse City, Texas 75189

The Honorable Donald Middlebrooks

United States District Court

West Palm Beach, Florida

*Re: James William Latta*

Dear Judge Middlebrooks,

My name is Lesa Latta, mother of James W Latta aka Jimmy. This is not something I ever imagined I would be doing on behalf of my son and I don't know how I can describe his character in a letter.

I am and always will be the proudest mom of all my kids, including my niece Dannielle. My parents, Gram & Pops, did the best job raising these 4 kids that any grandparents put in the situation could possibly do.

They have all gone above and beyond any expectations I could have dreamed for them. Their young lives are definitely not reflected in the amazing lives they lead today.

How cool it is for me to brag that I have an engineer with a bachelor degree (Jimmy), a Lt Commander in the US Navy with a Phd (Joey) and an Education Administrator with a masters (Lesley).

Jimmy was born in Toledo, Ohio on November 26, 1986 to young, broke parents living in a not so good area of town. We moved to a better area when Jimmy was 1 and soon after Joey was born, April 21, 1988. Lesley was born February 28, 1991 and that completed our family in Toledo. Jimmy is a GREAT big brother to his siblings. He and Joey have been the best of friends from the moment Joey was born. They are both great protectors of their baby sister still to this day. Jimmy is supposed to walk his sister down the isle on her wedding day.

These precious angels went through almost 3 years of pure hell at a young age when the their father and I started the process of divorce. Drugs, alcohol and the law were all involved during that time. My mother informed me I needed to get those kids out of the situation and into a safe, stable environment. My parents were willing to furnish that outlet in Texas. I was not in a position to argue that fact and sent the 3 kids to Rockwall, Texas in April of 97. I was to follow in June when I got out of school . I went to Texas, tried to enroll in school to finish my degree but found out credits wouldn't transfer so I went back to Toledo in Sept to finish my degree by Dec. I did, moved to Texas again and stayed for about a year. I went back to Toledo to continue to pursue my bachelors on scholarships and grants leaving the kids in Texas. They were all 3 thriving. I was not. In 2005, I finally settled in Texas permanently.

The kids would spend the summers with their father.  Unsupervised, unstructured and pretty much on their own for most of the time he had them.

I am thankful everyday for the wonderful people my kids have become.  Loving sons, grandsons, husbands, fathers, friends, mentors, the list goes on.  I give 99% of the credit for this to their 82 year old grandparents, Gram & Pops.

They went to church &Sunday School  The boys played hockey and baseball, on the same team most of the time.  Dabbled in football, volunteered for all kinds of things, neighbors needing help, fund raising help, Easter and Christmas mornings were spent at Dallas Childrens Hospital wrapping and delivering gifts to the children and families of the children who had to spend the holiday at the hospital.  They were always busy!

I watched Jimmy change from a 19-year-old carefree kid into the most loving father the minute Tyler was put in his arms.  He has worked his butt of the past 17 years to provide for his family.  Going to school holding a full time job and many side jobs to help provide everything for his wife & kids.  He spoils his wife something terrible.

He has raised Tyler to be a respectful, mannerly, honest, hardworking, brave young man.  He is #1 cheer DAD for his daughter Lily.  He has taught Tyler and Lily to hunt, fish, farm and garden.  They still need him to help them through the trails and tribulations of life and school and real world realities.

Jimmy is my redneck engineer.  He can fix anything, build anything and tear up a car.  He is the duct tape, crazy glue, staples & stitches that hold this crazy family together.  He is always there to help anyone that needs it, family, friends, neighbors or strangers.  He will fix a pipe, lawn mower, water heater, windows and so much more.

Apple to oranges here butttt.. Aug. of 2018 my friend and I were hit from behind by a F-150 truck and left for dead on the side of the road.  Hit & run they caught the guy.  His punishment for 2 felony counts of failure to stop and render aid was 10 mos. Work release, $100,000 fine for my medical expenses probation and the penalties for a DUI 2nd offense.

I wish the punishment fit the crime.

When I heard the charges against Jimmy my first reaction was " He would kill somebody for doing that"  I still believe that.  I don't believe Jimmy has hurt any person physically, mentally or gained anything financially for himself.  Jimmy needs help not prison.  He has an army of supporters that will make sure this happens.

I don't know what happened.  I can't even begin to guess. Too much time, alcohol and solitude is not good for anyone especially my son who needs to be needed and busy.

If I catch the rabbit that led him down that deep, dark hell hole, Jimmy will be visiting me in prison.

This whole ordeal is a GREIF situation.  Complete with all the stages of it. Denial He didn't do it. Anger, how could he do it?  Bargaining . Depression, not knowing if I will ever be able to hug my son again in my lifetime. Knowing it will probably not happen for his elderly grandparents that raised him and Acceptance, He did this now we have to take care of the things he will not be here to deal with.  I hope this is not his eulogy

I tell you all this with a pleading Mama heart for any leniency considerations you can find.  He is very much loved and very much needed.  I honestly cannot see that incarceration for such a lengthy period will do anyone any good.  He needs to face his family, friends and

others rather than leaving us to deal with it.  He needs to support his family financially emotionally and every other way.


There is so much more to Jimmy that I could go on for at least another 100 pages.  He messed up bad.  He knows it.  He is paying for it every minute and will be paying for it every minute for the rest of his life.   I just pray he has a long life to pay

I sincerely appreciate your time.


Lesa M Latta

Lesley Lingnell

3817 Tapestry Ct

Plano, Texas 75075

Jan 2, 2025

Honorable Judge Donald Middlebrooks

United States District Court

West Plam Beach, Florida

Re: James William Latta

Case Number. 3:24-mj-00851-BK

(Southern District of Florida Case No. 24-mj-8409-WM)

Dear Judge Middlebrooks,

My name is Lesley Lingnell, and I am a mental health professional in Dallas, Texas. I am writing on behalf of my nephew, James William Latta (Jimmy).

I am Jimmy's maternal aunt and have known and been very close to Jimmy his entire life. Jimmy was born into a challenging situation, as his parents were young and not ready for the responsibilities of starting a family.  When my sister, Lesa, became pregnant she was living in Ohio, and I was living in Texas where my parents had relocated from Ohio for my father's job.  Lesa had limited family support and had quickly become a mother of three young children in a chaotic marriage with minimal financial and emotional resources. Recognizing the need for stability and support, we moved Jimmy and his younger siblings to Texas to live with my parents when Jimmy was in grade school. The move to Texas provided Jimmy the opportunity to grow up in a family focused atmosphere where he was taught values of hard work, responsibility, and compassion. Jimmy thrived in Texas as he made lifelong friends, played many sports, was the captain of his HS hockey team, was confirmed in the Methodist church, and graduated Rockwall High School. Soon after graduating, Jimmy became a young father himself, and unlike his father, he embraced his role with maturity beyond his years. He married the mother of his children and committed himself to building a stable and nurturing home for them. With determination and hard work, he put himself and his wife through college while simultaneously working to provide for them. Balancing the demands of school, work, and parenthood was no small feat, but he faced these challenges with unwavering resolve.

Beyond his immediate family, Jimmy has always been the kind of person who goes out of his way to support others, especially his extended family. He has consistently shown a deep sense of gratitude to those that have helped him along the way. He fiercely loves his mom and younger sister, and they can always count on him to help with house projects, support dealing with their incompetent dad, and being there for family celebrations. He has always shown my parents genuine affection and gratitude, recognizing the role they played in providing him with a foundation of love and stability. For me personally, he has been a worthy role model to my boys growing up. Both of my sons, now age 20 and 16 years, played hockey to be like Jimmy. My youngest son, Isiah, is deaf and requires extra patience and effort to communicate with others. Jimmy patiently taught Isiah to hunt, ensuring the education included respect for animals, an understanding of gun safety, and adherence to hunting laws. These lessons were not only about the skill but also fostered responsibility, respect for life, and a connection to the natural world. The weekends Isiah spent hunting with Jimmy and his son Tyler resulted in a noticeable increase in his self-confidence and knowledge of a sport I would never be able to expose him to. When my family had to relocate to St. Louis for Isiah to attend a specialized school, Jimmy and his family provided love, support, and encouragement for the four years we were away. He brought his family to attend Isiah's graduation and was sure to be part of our family celebration.

I am aware of my nephew's legal problems, and I firmly believe that they stem, at least in part, from challenges related to his mental health. While he is facing this difficult time, I ask for leniency in sentencing, recognizing his potential for growth and rehabilitation. He is not defined by his mistakes but by the love, care, and responsibility he has shown throughout his life as a devoted husband, father, son, grandson, and extended family member. Your understanding and fairness mean a great deal to our family as we navigate this challenging situation.

Our family stands united in fully supporting Jimmy, ensuring that he receives the mental health care and resources necessary to address his struggle and recovery. He has so much to offer his family and with the right support and treatment, I believe he can return to being the compassionate and responsible individual we know him to be.

Thank you for your time and thoughtful consideration.

Sincerely,

Lesley Lingnell

Lesley Lingnell MS, MEd, LPC-S, RPT-S

8380 San Leandro Dr.
Dallas, TX 75218


January 6, 2025

**The Honorable Judge Donald Middlebrooks**
United States District Court
West Palm Beach, Florida

**Re: Case No.  3 : 24-mj-00851-BK**
**(Southern District of Florida Case No. 24-mj-8409-WM)**

**Dear Honorable Judge Middlebrooks,**

My name is Eric Kemp, and I have had the privilege of knowing Jimmy Latta and his family for over 20 years, since I married my wife, Kelly. Over the years, I have come to consider myself part of the Latta family, as we have been a part of all the family gatherings.

When I first met Jimmy, he was a hardworking teenager growing up in a close-knit, Christian environment. He was the captain of his hockey team, involved in the church and did ministry with the children. Over time, I watched him mature into a young father who always counted on and was thankful for the support from his family. One fond memory that stands out is from one of his nephew's annual birthday parties at a favorite lake. When it was time for his baby to have a bottle, Jimmy discovered there was no available power to power up the microwave. I am still not sure what he did exactly but he rigged it to the car motor to power to get that bottle warmed up. His determination to feed his child made it clear his future was as an engineer.

Watching Jimmy grow into a dedicated husband and father, has been a true pleasure. He has participated in family gatherings as well as helping to set them up. His grandparents' 60th wedding anniversary praty was the last time I saw him as his usual, helpful, loving self. HE is such a big help watching over and playing with his nieces' and nephews'.

I am still trying to navigate the shock and sadness to learn about the recent actions that have brought Jimmy to this point in his life. It is difficult to reconcile the young man I know with the behavior and charges described. I can only imagine the inner angst and regret from whatever external darkness  that may have contributed to such incomprehensible decisions. Jimmy's job, which often took him away from his family for long periods of time, leaving him in great isolation may have played a role in leading him down this dark and troubling path.

Despite the current circumstances, I firmly believe that with extensive therapy, mental support, and guidance, Jimmy has the potential to reflect on his mistakes and rebuild his life if he is able to be surrounded by his family and all the professional help he needs. . His strong family foundation and close-knit support system give me hope that this is some osrt of mental breakdown and that he can find his way back to being the man we all know and care for deeply.

I respectfully ask the court to consider Jimmy's potential for rehabilitation as you deliberate on this case. With the right resources and a chance to understand what led him astray, I believe Jimmy can work towards healing and making amends for his actions if he is able to rejoin his family as soon as he is repentant for his actions.

Thank you for your time and thoughtful consideration.

**Sincerely,**
Eric Kemp

**8380 San Leandro Dr.**
Dallas, YX 75218
January 6, 2025

The Honorable Judge Donald Middlebrooks
United States District Court
West Palm Beach, Florida

**Re: Case No.  3 : 24-mj-00851-BK**
**(Southern District of Florida Case No. 24-mj-8409-WM)**

Dear Honorable Judge Middlebrooks,

My name is Kelly Kemp, and I have had the privilege of knowing Jimmy Latta and his family for over 30 years. I consider myself like family to the Lattas, as I have been best friends with Jimmy's aunt, Lesley Lingnell, for decades. Jimmy was just a child when I first met him, and I witnessed him grow up in a close-knit, loving, Christian family with strong, traditional values instilled by his grandparents.

Over the years, I watched Jimmy mature alongside his siblings, aunts, uncles, and cousins. Their family has always been tightly bonded, often gathering for events where I occasionally helped by babysitting. From a young age, Jimmy displayed a strong work ethic, taking on responsibilities to earn his own income. He was a devoted grandson, often assisting his grandparents by driving them to church, running errands, and helping organize family gatherings.

As he grew older, Jimmy married and became a father of two children. Despite the challenges of young parenthood, he worked tirelessly to support his family while pursuing his education. I was immensely proud when he enrolled at Texas A&M Commerce to become an engineer, following in his grandfather's footsteps. His dedication to his studies, family, and career exemplified his commitment to bettering himself and those around him.

Jimmy has always been a devoted family man, actively participating in family milestones, including his grandparents' 60th wedding anniversary and his niece's birthday parties. His willingness to step in as a helpful brother and uncle was evident in these moments.

It is with profound disbelief and sadness that I learned of his current situation. The pressures of his demanding job and the isolation of being away from his family may have contributed to his unimaginable actions. While his behavior is deeply disturbing and difficult to comprehend, I can only imagine the inner turmoil he must have faced to have fallen so far from grace.

Knowing Jimmy and his family as I do, I strongly believe that he can benefit from emotional support and professional therapy. I pray that he finds the strength to understand the gravity of his actions and the path that led him here. With proper guidance and a chance for repentance, I

believe he has the foundation to rebuild his life and return to being the man his family knows and loves.

I respectfully ask the court to consider his upbringing, character, and potential for rehabilitation as you deliberate on this case. I hope that with the love of his family and the resources available, Jimmy can find a way to heal and make amends for his actions.

Thank you for your time and consideration.

Sincerely,
Kelly Kemp

To whom it may concern:

I am writing this letter on behalf of my husband, James "Jimmy" Latta. We have been together for 18 ½ years, married for 14 ½ of those. I knew that he was someone I would want to be with for the rest of my life. I chose him and still choose him because I know his true heart.

My husband and I have been through some difficult times throughout the years. When we were first starting out after Tyler came, we had a total loss fire in our condo. I was devastated but Jimmy always said that things would be better and not to worry.

We moved to Commerce a few years later. Once here, we worked and he taught Tyler how to hunt, fish, swim, and all of the other "boy" things. He has over the years helped coach his rec club baseball team and he volunteered with Tyler in his Boy Scouts den/troop. When Tyler got older, he taught Tyler how to work on the car, fix plumbing issues, build things out of wood like a work shed and chicken house. He taught him how to identify various animals and plants as well. He taught Tyler to drive and back up with a trailer attached.

We welcomed Lily in 2013. She had him wrapped around her finger from day one. He doted on her every want. She is his spoiled little princess for sure. Even though she was a girl, he taught her all the "boy" things too. He taught her to swim and hunt and fish. When she wanted to practice her make-up skills, he would allow her to use him as a model. She would also sweet talk him into painting his toes so she could get practice.

He bought canoes for the family to teach the kids how to boat with oars. He taught both kids how to ride bikes. He built raised flower beds to teach the kids how to grow their own vegetables. He as designed and built an irrigation system teaching them as much about agriculture as he could.

His kids adore him and want nothing more than for him to come back home.

Jimmy and I have had issues and arguments over the years, all couples do, but our marriage is stronger after them. We have always overcome any obstacle set in our way. We helped each other get through school and get degrees to better ourselves and our family. Jimmy is the type of man that would sacrifice himself to ensure that we are safe and taken care of.

Jimmy was always willing to help anyone if they needed help. One of his best and oldest friend's mothers had a house 40 or so minutes away and she

asked if he would help her maintain it since she was living in New Mexico to help care for her own mother. Without question, he agreed even though it was very out of his way to do so. There have been times that friends needed help with laying floors, fixing plumbing, and other various house issues and Jimmy would be one of the first calls they would make for help.

Unfortunately, I am one that is fully aware of all of the evidence against Jimmy. I cannot deny that he needs help mentally and I hope that he is able to get it through one of the programs like at the Seagoville facility. He has made mistakes, apparently many of them, but I know his true heart. I know the man he truly is inside. The complaint made him to be a monster, but he is not. He still is a good man and will do anything to right all of his wrongs. I love him unconditionally and will do whatever the court asks to ensure to get him the help he needs and home to me as soon as he can. Please, show leniency in his time away from us… my kids have been through enough and the longer he is away, the more they are hurt.


Thank you,

Lisa Latta

To Whom it Concerns;

My name is Jacqueline Eshelman. I am writing the letter in support of James Latta and his family. I met them when my daughter started a friendship with James' daughter on a competition athletic team in the summer of 2022. In the two and half years since we met, our families have spent a lot of time together. We have shared living space accommodations during competitions together, we have hung-out together, and spent time together. My now 10-year-old daughter has spent many hours at their house and with their family and she has slept over multiple times. James has never shown a reason for me or my husband to not trust him. He has always shown-up with interest and concern for his daughter and her sporting events. I know he cares for his family deeply and that he is a good person that has made some really dumb mistakes.

I have read the court documents that led to James Latta's arrest, so I am aware of what he is being accused of.  I am also aware that he provided care for my daughter (as well as other kids) as if she were his own. After talking with my daughter and the others about their feelings and experience while staying at the Latta home, they all told me they all felt safe around James Latta and his family and would stay at their home again. I ask that you consider this man's real-life persona with as much weight as the online persona he created as you prepare to decide his fate. Consider that he is a good person that takes care of his family. Consider how his wife and children will be affected without his support as a provider and caretaker in their lives.  I know that the court has been painted an ugly picture of James Latta, but I have experienced him in real-life with his kids and wife. James may not be a saint, but he is also not the person that was presented in the documents that I read.  Thank you for taking the time to read my experiences with the Latta family. Please keep these thoughts with you when deciding the sentencing of this man.

Regards;

Jacqueline Eshelman

**Lynette M. Lingnell Harwell**
**401 Truman Drive**
**Wylie Texas 75098**
**Tel  (214) 912-1203**

**January 13, 2025**

The Honorable Donald Middlebrooks
United States District Court
West Palm Beach, Florida

  Re:  James Latta

Honorable Judge Middlebrooks:

  My name is Lynette Lingnell Harwell and I am a geriatric caretaker for the elderly. I live in Texas and am an aunt to James Latta (Jimmy).  His mother, Lesa, is my sister.

  My parents raised Jimmy and his sister and brother from the young age of elementary school level.  I feel I had a small hand in helping to raise these three children as well.  I know they all grew up in a setting of good morals, values, Sunday School and Church an all around wholesome environment.  Jimmy has always been an absolute help to his grandparents whenever called upon.  An example I recently recall is that he had left work went to their house, moved the washer and dryer for me to clean up a water leak mess from the washer. My dad was out of town at the time.  Jimmy went above the call of duty to remove the dryer vent hose, completely cleaned out all of the lent from that long vent hose.  He then explained to my mother how this accumulation of lent could cause a fire.  He put it on his calendar to check it once a year for that specific purpose.  He is that kind of person to help people, always.

  He is a productive member of our family, and an individual who has had to take on a lot of responsibility at an early age.   He did that amazingly well in helping to care for his younger siblings when such a change in all of their lives had occurred when they moved to Texas.  That is the way Jimmy has always been.

-2-

In the past, Jimmy has attended and graduated from Texas A & M Commerce a Summa cum laude graduate in Engineering Construction.  I have personally seen the finished projects he has managed in and around the Dallas area from apartments to assisted living facilities.  Even when he was traveling, he made it to his son's ball games and his daughter's cheer events.  He also was a volunteer coach around the 5th and 6th grades for Tyler.  I was always impressed by how he handled the boys' individual problems by paying individual attention to each one.

Sometimes people make mistakes and stray from the way they were raised. I also feel that in Jimmy's case, this is just a bump in the road of life's misunderstandings and that he does understand he has badly strayed in the wrong direction. He knows he did wrong and understands his misdeeds and is able to be rehabilitated.  He understands his wrong doings causing him the misfortune of getting to this place in his life.  Jimmy is of the character and personality and strength that a second chance is made for.  He will not let any of us down especially the ones responsible for that second chance.  With the help of our close family and you giving him a second chance to be a God-loving man, he will be a productive citizen once again.  I know Jimmy can make a huge difference in the lives of his children and our family as a whole.  Especially his grandparents who set aside their lives to raise him to be the person that we all know him to be.  Please know we more than appreciate any leniency you will give him

Yes, we have experienced feelings that would cover the globe from shock, not believing it possible, loss of savings, fear, disappointment, hurt and anger.  Jimmy has a lifetime of proving his remorse and his ability to convince a lot of people of his atonement. There is no doubt about that, but we assure the court that again he has family, friends, and neighbors here to help him.

In Jesus Name along with my husband and daughter,

*Lynette Dingnell Harwell*

Lynette Lingnell Harwell

Hello, my name is Lily Latta. I am writing to you for my dad, Jimmy Latta.

My dad is the best dad. He taught me how to hunt and fish and swim. He taught me how to ride a bike and that if you can climb up it then you can get down from it when I climb trees. He taught me that failures aren't always mistakes and you are allowed to have your feelings. My dad worked out of town but would always call to ask about my day and say good night. He would take care of me when I was sick.

I miss my dad. He has always been here for me. He is not home now and I am emotional. I am sad and angry and frustrated that he cannot come home. I cry a lot because I want him to come home.

I know that he messed up. He shared videos that were inappropriate. My mom said they were really bad but he is my dad and I want him home. I know that some of them involved kids getting hurt. He needs a time out and to lose his phone privileges for a while. My dad has not done anything that would make me stop loving him. He has never hurt me and I don't think he would hurt me. The longer he is gone from me the more it hurts my heart. My mom said it could be years and I feel like that will hurt my heart even more. I am afraid of losing my dad.

Please bring my dad home soon.

Lily Latta

Christina Stone
346 Phillips Ct.
Fate, TX, 75087
cstone@ptaa.org
469-891-0057
January 18, 2024

The Honorable Judge Donald M. Middlebrooks
United States District Court
701 Clematis Street
West Palm Beach, Florida 22401

Re: Character Reference for Jimmy Latta

Dear Judge Middlebrooks,

I hope this letter finds you well. I am writing to you regarding Jimmy Latta, who is facing sentencing in your court. While I fully recognize the importance of the judicial process and the need for accountability, I would like to offer some insight into the character of Jimmy Latta. Jimmy was always known as being an all-around good guy back in high school, but I have really gotten to see and know his character over the past three years as I have become very close friends with his wife, and my favorite co-worker, Lisa Latta.

Lisa and I became close her first year hired as I was going through a divorce and often needed someone to vent to as I felt all alone. Although he doesn't know it, it was actually Jimmy that gave me hope that not all men treated their spouses as I had been treated. As I became closer and closer with Lisa, I naturally became closer to family, including Jimmy and their two kids. It was then that I not only thought of Jimmy as the "super husband," but I got to know Jimmy as a husband and father who is loving, patient, committed, and always prioritized the well-being of his family. I saw him as a reliable provider, working hard to ensure that his loved ones have what they need, while also being emotionally present and attentive. He listens with empathy, offering support and encouragement in both good times and bad. His kindness and respect set an example for his children, teaching them the values of compassion, responsibility, and integrity. He created a safe and nurturing environment, where love and trust flourish, and always made time for family, whether through shared activities or simply being there when needed most.

I believe that it is what people say about you when you aren't around that matters the most. Lisa had the opportunity to tell me bad things to make me feel better, especially as I would cry to her as I vented over my divorce. Not once did she say anything negative or opposite than what I had already seen. The fact that my best friend didn't chime in with negative things about her marriage, even if only to make me feel better about mine that was falling apart, shows she really had nothing negative to say. When a women doesn't complain at all about her husband, you know he is a good one. Although I could go on and on with several examples of positive things I have seen in Lisa and her children that is only possible with a loving husband and father around, I want to take this opportunity to share some things that Jimmy and I have in common that, I believe, plays a huge role in his current situation. I apologize for the lengthy letter, but I believe everything I will share needs to be heard.

Growing up, I had what I believe to be the perfect family. I had two parents that loved and supported me and my siblings. There was never a time I felt unloved or not supported. Despite having the family love and support that I did, I became severely depressed by the time I was in eighth grade. In ninth grade, I told my parents I did not want to live anymore, and this came as a complete shock. Without hesitation, they signed me up for counseling and provided me with all the tools one would need to beat depression. I spent 15 years in and out of counseling, but still always struggled. This background of my family, and the fact I was given proper help without hesitation, is important to point out because it shows how someone can still suffer even with all the support in the world. Please be aware that Jimmy did not have this support. At 28, I had my first manic episode and mental breakdown that led to me being diagnosed with Bipolar. I did an intense Partial Hospitalization Program that provided structured, intensive day treatment for individuals with severe mental health conditions who require more support than traditional outpatient therapy but don't need full-time inpatient hospitalization. After 8-weeks of treatment, I had so many tools to help me succeed and I was ready to live a "normal" life. At the time, I was teaching, and decided I wanted to go back to school to become a school counselor hoping to one day be able to help as many students as much as I could. I became the biggest mental health advocate and had a passion to help end the stigma of mental illnesses. At 35, I had my first dealing with psychosis in which I realized I needed more help. I felt like a failure as I checked myself into in-patient treatment at UT Southwestern. I had a hard time excepting that I, once again, needed more help despite understanding and accepting my Bipolar diagnosis. As I had many hours a day alone to think by myself, I realized that I had officially been receiving help for over twenty years and I still didn't have it together. I decided at that point that I was ready to get it right this time. I had a beautiful daughter that motivated me to get better and I was not going to disappoint her. I soon began another intense PHP program. During this program, I realized I needed to share the secrets in my past that I was never willing to share with anyone. I was determined to get better and decided being completely honest about everything was the only way I was going to improve. For the first time ever, I shared that my mom's cousin, who was fifteen years older than me, had sex with me beginning at the age of 6 and the sexual abuse continued for the next five years. I also shared the bizarre sexual thoughts and experiences I had in the past that I knew were not normal or right for someone to have. After being re-evaluated, I was also diagnosed with Borderline Personality Disorder.

It has been really hard mourning who I could have been and realizing that the monster I felt I was on the inside was not who I was born to be. I learned that a person isn't born with a personality disorder. To have a personality disorder means that the victim was hurt so badly in the past that their brain had to physically change in order to cope with the abuse. It is a proven fact that childhood abuse significantly changes its victim's brain and alters its function, cognition, and emotion. As hard as it was to finally admit past thoughts and experiences I had, even as an educated adult who knew better, my therapist helped me see that early childhood relationships involving trauma or mistreatment can lead a child to internalize negative attitudes and beliefs about both the self and relationships with others, thus altering how the child perceives sex and his or her role in sexual relationships.

I am currently going through intense Eye Movement Sensitization and Reprocessing (EMDR) therapy. This therapy method involves moving your eyes a specific way while you process traumatic memories. Essentially, my therapist is able to bring me to an unconscious state in order to change my subconscious thoughts. The goal of this therapy is to intentionally

access and reprocess traumatic memories by bringing them to the forefront of your mind, allowing you to confront the emotions and sensations associated with the event, with the goal of eventually reducing their intensity and negative impact on your life. This process can feel like reliving the trauma, but with a safe and controlled therapeutic environment, enabling the brain to reintegrate the memory in a healthier way. For the first time, I am finally seeing progress. I only wish I began this sooner because there is no telling how much struggling could have been avoided. It took a lot of strength and honesty to get me to where I am, but I am so thankful I was able to share my story and finally be true to myself. Given the current situation, I can't help but think about Jimmy. It is sad to see how past trauma affects you in ways you never imagined.

With the conclusion of this letter, I hope you can somewhat understand the why behind the actions. I am fully aware and believe that adults need to take accountability for past actions and mistakes. Although no amount of past trauma excuses current actions, I pray that when you look at Jimmy and decide his sentence, you also know you are sentencing a little boy that didn't deserve what happened to him in the past. I hope you see that in order to heal, he is going to need intense therapy to fully even grasp what he has been through. I also hope people realize that the formula used to determine what a prosecutor is going to go for considers a "normal" person with no trauma. In no way is this an excuse, but unfortunately in today's time, we have to look at the whole picture and consider the circumstances. I believe there is no way for Jimmy to reach his full potential inside prison. He will not receive the counseling and resources that he will need to heal. The length of his sentence will only prolong his healing. No matter what is decided, he will already miss out on so much of his kids' lives. Some people's punishment is only sitting in jail and missing out on their own life. Though he will miss out on his own life sitting in jail, the biggest punishment for him will be missing all the pivotal and life-changing moments that he would have inevitably been at.

While I do not wish to minimize the seriousness of the offense, I am confident that Jimmy Latta is not defined by this moment in their life. I believe that with the right support, guidance, and treatment, he has the potential to turn his life around and contribute positively to society moving forward. I trust that your decision will be made with fairness, compassion, and the opportunity for rehabilitation in mind.

Thank you for taking the time to read this letter. Should you need any further information, please do not hesitate to contact me.

Sincerely,
Christina Stone

Justin Shipley

1722 Bunche Rd

Austin, TX 78721

January 20, 2025

To Whom It May Concern,

I am writing this letter to express my support for Jimmy Latta, who has been one of my closest friends for the past 25 years. I met Jimmy when we were just 12 years old, and over the decades, I have come to know him as one of the most dependable, loyal, and kind-hearted individuals I've ever encountered. It was both shocking and deeply troubling to hear about the circumstances that have led to his recent case, as they are not at all reflective of the man I know. Nevertheless, I firmly believe in Jimmy's character, and I am honored to provide this letter of reference to highlight the positive impact he has had on my life and the lives of others.

Jimmy has always embodied selflessness and reliability, qualities that have consistently stood out throughout our friendship. One story that exemplifies his character involves his role in maintaining a neglected property my mother owns. Years ago, when my mother was faced with the difficult decision of whether to sell the land, Jimmy stepped up and offered to take on the responsibility of caring for it. For years, he dedicated himself to this task with no personal gain, solely out of kindness and his commitment to helping others.

No matter the challenges—freezing rain, scorching heat, or anything in between—Jimmy was there to ensure the property was maintained. He would shut off the water during emergencies, mow the grass so my mom could safely walk around, and even climb onto the roof to clear pine needles, preventing her from taking unnecessary risks. It's not an exaggeration to say that his efforts are the reason my mom was able to keep that land.

Beyond maintaining the property, Jimmy consistently went out of his way to support my family in other ways. For example, he would pick up my mother's mail while she was away caring for my grandmother in New Mexico. This small but thoughtful act may seem minor to some, but to us, it meant everything. Jimmy's willingness to help, without ever expecting anything in return, speaks volumes about his character. He understood how much it meant to my mom and acted purely out of compassion and generosity.

Over the years, Jimmy has become more than just a friend—he is like family. My parents, Scott and Marlo, adored him, and he was welcomed into our home as one of our own. His warmth, kindness, and selflessness were always evident, and he has been a steadfast source of support for me and my family in both good times and bad.

In addition to being a wonderful friend, Jimmy has shown me that he is a devoted father, loving husband, and active member of his community. I have seen him care deeply for his family and

work hard to be the best version of himself for those who depend on him. While it is unfortunate that he has made some poor decisions, I know that Jimmy is ready to take full responsibility for his actions. It is a testament to his integrity that he acknowledges the mistakes he has made and is committed to making amends.

Although I was surprised to hear about this situation, it does not diminish the deep respect and admiration I have for Jimmy. I know that he has the strength and determination to learn from this experience and emerge as a better person. His actions over the past 25 years have shown me the kind of man he is—someone who puts others before himself, who is loyal to his friends and family, and who genuinely cares about making a positive difference in the lives of those around him.

I sincerely hope the court takes this letter into consideration as a reflection of Jimmy's true character. He is not only deeply missed by his family and community, but he is also someone who has so much good to offer the world. I am confident that this experience, as difficult as it may be, will be a turning point for him.

Thank you for taking the time to consider my words. If there is any additional information I can provide, please do not hesitate to reach out.

Sincerely,

Justin Shipley

214-796-0088

Justin.Shipley47@gmail.com

To Judge Robert Middlebrooks,

My name is Lesley Latta, and I am the sister of James Latta. I am the youngest of three siblings, and my brothers and I grew up in Toledo, Ohio. When I was six years old, we moved to a small town outside of Dallas, Texas, to live with my maternal grandparents.

Growing up, my brothers were a constant source of support for me, particularly Jimmy. He was like a protector, always helping me, whether it was getting me ready for school, fixing my hair, teaching me to climb trees, skate, or ride a bike. He was always there when I needed him, even shielding me from difficult situations in the neighborhood.

Our childhood was rooted in a close-knit family, active involvement in our church, and participation in sports. While our lives were not overly hard, my siblings and I experienced trauma during our early years. We have discussed this with each other and have come to understand that much of our childhood remains a blank space in our memories, likely as a defense mechanism. This is something we have not shared with our parents or grandparents.

I am a teacher, an administrator, and a first responder for children who have been victims of sexual assault. Additionally, I have a minor in social work and have dealt with many cases involving trauma and abuse. This has given me a deep understanding of the complexities of human behavior and the importance of intervention and rehabilitation.

When my brother was arrested, it was a profoundly traumatic experience for both me and my four-year-old daughter, who loves her Uncle Jimmy and still speaks of him often. I attended all the court hearings in Texas, which left me devastated by the allegations against him. The nature of these accusations has deeply angered me, and I doubt I will ever be able to forgive him. My children will also not have a relationship with him moving forward.

However, as a professional and someone who has witnessed the effects of trauma and abuse firsthand, I believe my brother needs help. While I am angry with him for many reasons, especially his actions, I feel strongly that prison is not the solution. He needs counseling, therapy, and the opportunity for rehabilitation. Justice is not served by punishment alone; it requires addressing the underlying issues that contribute to harmful behavior.

Thank you for your time and consideration.

Sincerely,
Lesley Latta

My father has been the biggest influence in my life other than my mom. He has always been the pillar of excellence for me to look up to. I miss those early mornings in the blind with him waiting on shooting time to hunt. I miss working on the cabin together. I miss him teaching me to become a man.

He taught me how to golf and play ball. I miss my father more than anything in the world. Although this experience has gotten me to step up and fill the role as man of the house, I will never be able to fill his shoes. It's hard not to be able to say goodnight in person and hug him. He is also going to miss my graduation and last year of high school ball.

I don't think I'll be able to become the best version of myself without my father to help guide me through my life. I love my father with all my heart and cannot live without him in my life.

There will never be a day I do not need my dad.

Thank you for listening,

Tyler Latta