Clifford W. Latta Jr.
2831 NE 9th St.
Pompano Beach, FL 33062
(443) 768-8395  cwljr2@gmail.com

January 26, 2025

The Honorable Donald Middlebrooks
Judge, United States District Court
Paul G. Rogers Federal Building (and U.S. Courthouse)
701 Clematis St # 453
West Palm Beach, FL 33401

Re: Sentencing of James Latta

Dear Judge Middlebrooks,

I am Clifford Latta, the Uncle of James (Jim) Latta and I am writing on his behalf. I am a retired American Airlines and USAF pilot and currently live in Pompano Beach, FL.

Although I served mostly overseas in the U.S. Air Force, I was able to spend an appreciable amount of time with Jim when he was a youngster, and I've had the opportunity to spend time with him and his family in his adult life. I must say that I was shocked when I heard about the trouble Jim had gotten himself into. While I don't know all of the details of this case, I do know enough to realize that the young man is in serious trouble.

I was shocked because what I heard does not sound like something Jim would do. Jim was always a very thoughtful and polite young man, and as an adult Jim was a wonderful father and provider for his two children. On one particular occasion, Jim and his family stayed with me for an extended weekend as I moved my sailboat from Washington DC to Annapolis, MD. The tenderness and care that he showed his children was inspiring. Likewise, our entire family was so proud of Jim when he became a site supervisor for a construction firm. Even though this job kept him away from his family for extended periods of time, Jim always made time to attend his children's art performances and sporting events.

While I understand that Jim must pay for his transgressions, I ask the Court to please consider his children when passing judgment. The question I ask myself is, will society be better served by keeping Jim in prison and away from his children, or would a fair prison term with appropriate psychological help be better? In my very humble opinion, I think allowing Jim to be repatriated with his children as early as possible will be far better for his children and for our society. For this reason I ask for the Court's mercy.

Respectfully,

Clifford W. Latta Jr., Colonel, USAF (Ret)